

# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

ELIJAH T. VANZANT

Case Number: 4:09CR40017-001-GPM

USM Number: 04771-025

Dan Cronin
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) Statutory, Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 10/1/2009 |
| Statutory | Defendant illegally possessed a controlled substance | 7/6/2009 |
| Statutory | Defendant possessed a firearm | 10/1/2009 |
| Special | Defendant failed to participate in substance abuse treatment/testing | 6/13/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: \*\*\*-\*\*-2039

Defendant's Date of Birth: \*\*-\*\*-1979

Defendant's Residence Address:

City: Carbondale

State: IL

Defendant's Mailing Address:

SAME

6/6/2011
Date of Imposition of Judgment

/s/ G. Patrick Murphy
Signature of Judge

Hon. G. Patrick Murphy, U. S. District Judge
Name and Title of Judge

06/07/11
Date

DEFENDANT:     ELIJAH T. VANZANT
CASE NUMBER:   4:09CR40017-001-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Defendant is sentenced to 18 months on Ct. 1 of the Indictment. This term shall run concurrently with the sentence imposed in case no. 99-40058-001-GPM, Southern District of Illinois, but consecutive to the sentence defendant is currently serving in case no. 09-CR-549, Jackson County, IL.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL